**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-2712

**Case Name** Madrigal v. Ferguson Enterprises, LLC, et al.

Hearing Location (*city*) Pasadena.

Your Name Eric Distelburger

List the sitting dates for the two sitting months you were asked to review:

October 19-30, 2026
November 16-20, 2026

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

While Ferguson's counsel has no conflicts with either the October or November sitting dates, opposing counsel has informed us that lead appellate counsel for Mr. Madrigal (who is planning to argue the case) will be on parental leave and is not available for any sitting until January. Ferguson is amenable to a January sitting date (or later, as necessary), but has conflicts on January 4-5 and 22-27.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/Eric Distelburger **Date** 6/25/26

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*