# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-2712

**Case Name** Madrigal v. Ferguson Enterprises, LLC

Hearing Location (*city*) Pasadena

Your Name Leah Nicholls

List the sitting dates for the two sitting months you were asked to review:

February 1-5 & 8-12 and March 15-19, 2027

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Leah M. Nicholls **Date** 10/16/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*